

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-17-00420-CV

LAWRENCE HILL                                                    APPELLANT

V.

PENNYMAC MORTGAGE                                              APPELLEES
HOLDINGS, LLC.; STANDFORD
KURLAND-INDIVIDUALLY; AND
FEDERAL NATIONAL MORTGAGE
ASSOCIATION, COMMONLY
KNOWN AS FANNIE MAE

------------

FROM COUNTY COURT AT LAW NO. 3 OF TARRANT COUNTY
TRIAL COURT NO. 2017-007137-3

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On March 8, 2018, we notified appellant Lawrence Hill that his brief had not been timely filed and that we could dismiss his appeal for want of prosecution unless, no later than March 19, he filed his brief along with an extension motion reasonably explaining the need for an extension. *See* Tex. R. App. P. 10.5(b), 38.6, 38.8(a), 42.3, 44.3. Hill did not respond to our notice. Because Hill failed

---

[1]*See* Tex. R. App. P. 47.4.

to file a brief after he was given an opportunity to reasonably explain the failure, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

PER CURIAM

PANEL:  GABRIEL, KERR, and PITTMAN, JJ.

DELIVERED:  April 12, 2018